```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 14093
    LUTHER S HICKS
    BRENDA HICKS                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2732    SSN XXX-XX-8655

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/13/2005 and was confirmed 06/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEM   SECURED          3000.00        619.62       1254.86
TRIAD FINANCIAL            SECURED          7350.00       3814.93       2551.45
LITTON LOAN SERVICING      SECURED NOT I        .00           .00           .00
ALVERNO ADVANCED LIFE      UNSECURED       NOT FILED         .00           .00
ASSOC ST JAMES RADIOLOGI   UNSECURED       NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00           .00
COLLECTION BUREAU OF AME   UNSECURED       NOT FILED         .00           .00
CONSULTANT IN PATHOLOGY    UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1517.44         .00           .00
EMERGENCY CARE HEALTH OR   UNSECURED       NOT FILED         .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED         .00           .00
ISSAN HEALTH CARE          UNSECURED       NOT FILED         .00           .00
JC PENNEY                  UNSECURED       NOT FILED         .00           .00
MIDWEST EMERGENCY ASSOCI   UNSECURED       NOT FILED         .00           .00
NICOR GAS                  UNSECURED         1470.16         .00           .00
SOUTHWEST LAB PHYSICIAN    UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED         .00           .00
T MOBILE                   UNSECURED       NOT FILED         .00           .00
WELL GROUP HEALTH PARTNE   UNSECURED       NOT FILED         .00           .00
WELL GROUP HEALTH PARTNE   UNSECURED       NOT FILED         .00           .00
TRIAD FINANCIAL            UNSECURED           98.32         .00           .00
NATIONAL CAPITAL MANAGEM   UNSECURED          871.98         .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          209.57         .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       618.14
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 14093 LUTHER S HICKS & BRENDA HICKS
```

```
TRUSTEE                                       11,559.00

PRIORITY                                                              .00
SECURED                                                         3,806.31
    INTEREST                                                    4,434.55
UNSECURED                                                             .00
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                              618.14
DEBTOR REFUND                                                         .00
                                        ----------------  ----------------
TOTALS                                        11,559.00         11,559.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 07/22/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                               PAGE   2
          CASE NO. 05 B 14093 LUTHER S HICKS & BRENDA HICKS